UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: SALDIVAR, JASON R.
  Debtor(s)

CASE NO. 08-23531 JPK

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1. I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED: March 10, 2010

By: /s/ Stacia L. Yoon
STACIA L. YOON, TRUSTEE #16933-53
Genetos Retson & Yoon LLP
8585 Broadway, Suite 480
Merrillville, IN 46410
Telephone: (219) 755-0401
bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Joanne B. Kagler, jbk@legalhelpers.com
Regular Mail:
SALDIVAR, JASON R., 7611 MONROE, HAMMOND, IN 46324
 All parties on the attached list.

| Printed: 03/10/10 09:29 AM | | | | | **Claims Distribution Small Checks** | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|

**Trustee: Stacia L. Yoon, Chapter 7 Trustee  (340450)**

Case:  08-23531  -  SALDIVAR, JASON R.

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 9200024674766 | 10110 | 03/10/10 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $4.24 |
| | | 2I | 06/12/09 | 640 | Jerry E. Lambert Jr, D.D.S., P.C.<br>co Hodges& Davis, P.C.<br>8700 Broadway<br>Merrillville, IN 46410 | 4.24 | 4.24 | 4.24 | 4.24 |

(*) Denotes objection to Amount Filed